IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| v. | ) | 06-mc-125 (RBW) |
| I. LEWIS LIBBY | ) | |
| Defendant | ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William H. Jeffress, Jr. hereby enters his appearance for the defendant I. Lewis Libby.

_____
William H. Jeffress, Jr.
D.C. Bar No. 041152
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 639-7751

April 19, 2006                    Attorney for Defendant