IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 06-mc-125 (RBW) |
| ) | |
| I. LEWIS LIBBY ) | |
| ) | |
| Defendant ) | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexandra M. Walsh hereby enters her appearance for the defendant I. Lewis Libby.

_____
Alexandra M. Walsh
D.C. Bar No. 490484
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 639-7751

April 21, 2006                    Attorney for Defendant