UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Misc. Nos. | 06-123 |
| | ) | | 06-124 |
| I. LEWIS LIBBY | ) | | 06-125 |
| | ) | | 06-126 |
| Defendant. | ) | | 06-128 |
| | | | 06-169 |

## PROPOSED ORDER

Upon consideration of the defendant I. Lewis Libby's Motion to Reset Dates for Opposition and Reply, it is hereby

ORDERED that Mr. Libby's response to the motions to quash filed in the above captioned cases shall be filed by May 2, 2006, and that any replies thereto be filed by May 10, 2006.


Date: _____

_____
REGGIE B. WALTON
United States District Judge

Lee Levine, Esq.
1050 Seventeenth Street, N.W.
Suite 800
Washington, D.C. 20036
(202) 508-1100

William H. Jeffress, Jr., Esq.
Alex J. Bourelly, Esq.
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7700

Theodore J. Boutrous, Jr., Esq.
Thomas H. Dupree, Jr., Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. (202) 955-8500

Theodore V. Wells, Jr., Esq.
James L. Brochin, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Robert S. Bennett, Esq.
Saul M. Pilchen, Esq.
N. Nathan Dimock, Esq.
Skadden, Arps, Slate, Meager & Flom, LLP
11440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

John D. Cline, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939

Charles S. Leeper, Esq.
Mary E. Kohart, Esq.
Drinker Biddle & Reath LLP
1500 K. Street, N.W.
Suite 1100
Washington, D.C. 20005
(202) 842-8800

Joseph A. Tate, Esq.
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia, PA 19104
(215) 994-2350

Richard A. Sauber
Fried Frank
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 639-7190

Patrick J. Fitzgerald, Esq.
Office of the Special Counsel
Bond Building
1400 New York Avenue, Ninth Floor
Washington, DC NW 20530
(202) 514-1187