UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Misc. No. 06-125 (RBW) |
| | ) | |
| I. LEWIS LIBBY | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alex J. Bourelly hereby enters his appearance for the defendant I. Lewis Libby.

*Alex J. Bourelly*
Alex J. Bourelly
(D.C. Bar No. 441422)
Baker Botts LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-7751

May 12, 2006                                                    Attorney for the Defendant