**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Misc. No. 06-125 (RBW)** |
| | ) | |
| **I. LEWIS LIBBY** | ) | |
| | ) | |

## NOTICE OF *IN CAMERA* SUBMISSION

Judith Miller, through undersigned counsel, respectfully notifies the Court of her

compliance today with the Court's directive at the hearing on May 16, 2006 in this matter, that

certain documents be submitted for *in camera* review.

Dated: May 18, 2006

Respectfully submitted,

By: _____/s/_____
Robert S. Bennett (D.C. Bar No. 112987)
Saul M. Pilchen (D.C. Bar No. 376107)
N. Nathan Dimock (D.C. Bar No. 487743)
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000
*Counsel for Judith Miller*

## CERTIFICATE OF SERVICE

I, N. Nathan Dimock, hereby certify that a true and correct copy of the foregoing "Notice of *In Camera* Submission" was this 18th day of May, 2006, filed with the Court and served by facsimile and by first-class mail, postage prepaid to the following:

William H. Jeffress, Jr.
Alex Joseph Bourelly
Alexandra M. Walsh
BAKER BOTTS, LLP
The Warner Building
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Facsimile: 202-585-1087

Theodore V. Wells, Jr.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

*Counsel for Defendant*

Honorable Patrick J. Fitzgerald
   *Special Counsel*
OFFICE OF SPECIAL COUNSEL
Bond Federal Building
1400 New York Avenue, N.W., Ninth Floor
Washington, DC 20005
Facsimile: 202 514-3003

*Counsel for the United States*

_____/s/_____
N. Nathan Dimock
SKADDEN, ARPS, SLATE, MEAGHER &
        FLOM, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005