UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Misc. No. 06-125 (RBW) |
| ) | |
| I. LEWIS LIBBY ) | |

### NOTICE OF *EX PARTE* SUBMISSION

Judith Miller, through undersigned counsel, respectfully notifies the Court of her compliance today with the Court's Order of February 1, 2007, by filing under seal an *ex parte* affidavit with the Court. Also filed was an accompanying *Ex Parte* Motion for *Ex Parte* Affidavit to Remain Under Seal.

Dated: February 5, 2007

                        Respectfully submitted,

                      By: _____/s/_____
                            Robert S. Bennett (D.C. Bar No. 112987)
                            Saul M. Pilchen (D.C. Bar No. 376107)
                            N. Nathan Dimock (D.C. Bar No. 487743)
                            SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM, LLP
                            1440 New York Avenue, N.W.
                            Washington, D.C. 20005
                            (202) 371-7000

                        *Counsel for Judith Miller*

**CERTIFICATE OF SERVICE**

        I, N. Nathan Dimock, hereby certify that a true and correct copy of the foregoing "Notice of *Ex Parte* Submission" was this 5th day of February, 2007, filed with the Court and served by facsimile and by first-class mail, postage prepaid to the following:

William H. Jeffress, Jr.
Alex Joseph Bourelly
Alexandra M. Walsh
BAKER BOTTS, LLP
The Warner Building
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Facsimile: 202-585-1087

Theodore V. Wells, Jr.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Facsimile: 212-373-2217

*Counsel for Defendant*

Honorable Patrick J. Fitzgerald
   *Special Counsel*
OFFICE OF SPECIAL COUNSEL
Bond Federal Building
1400 New York Avenue, N.W., Ninth Floor
Washington, DC 20005
Facsimile: 202 514-3003

*Counsel for the United States*

_____/s/_____
N. Nathan Dimock
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000