UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Misc. No. 06-125 (RBW)** |
| | ) | |
| **I. LEWIS LIBBY** | ) | |
| | ) | |

**NOTICE OF *EX PARTE* SUBMISSION**

Counsel for Judith Miller in the above captioned matter respectfully notifies the Court of their compliance today with the Court's request of February 5, 2007, by filing an *ex parte* declaration with the Court.

Dated: February 6, 2007

Respectfully submitted,

By: _____/s/_____
Robert S. Bennett (D.C. Bar No. 112987)
Saul M. Pilchen (D.C. Bar No. 376107)
N. Nathan Dimock (D.C. Bar No. 487743)
SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Counsel for Judith Miller*

**CERTIFICATE OF SERVICE**

        I, N. Nathan Dimock, hereby certify that a true and correct copy of the foregoing "Notice of *Ex Parte* Submission" was this 6th day of February, 2007, filed with the Court and served by facsimile and by first-class mail, postage prepaid to the following:

        William H. Jeffress, Jr.
        Alex Joseph Bourelly
        Alexandra M. Walsh
        BAKER BOTTS, LLP
        The Warner Building
        1299 Pennsylvania Avenue, N.W.
        Washington, DC 20004
        Facsimile: 202-585-1087

        Theodore V. Wells, Jr.
        PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Facsimile: 212-373-2217

        *Counsel for Defendant*

        Honorable Patrick J. Fitzgerald
          *Special Counsel*
        OFFICE OF SPECIAL COUNSEL
        Bond Federal Building
        1400 New York Avenue, N.W., Ninth Floor
        Washington, DC 20005
        Facsimile: 202 514-3003

        *Counsel for the United States*

        _____/s/_____
        N. Nathan Dimock
        SKADDEN, ARPS, SLATE, MEAGHER &
           FLOM, LLP
        1440 New York Avenue, N.W.
        Washington, D.C. 20005
        (202) 371-7000