UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Misc. No. 06-125 (RBW)** |
| | ) | |
| **I. LEWIS LIBBY** | ) | |
| | ) | |

**NOTICE OF *EX PARTE* SUBMISSION**

Judith Miller, through undersigned counsel, respectfully notifies the Court of her compliance today with the Court's request of February 6, 2007, by submitting an *ex parte* affidavit to the Court.

Dated: February 8, 2007

Respectfully submitted,

By: _____/s/_____
Robert S. Bennett (D.C. Bar No. 112987)
Saul M. Pilchen (D.C. Bar No. 376107)
N. Nathan Dimock (D.C. Bar No. 487743)
SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Counsel for Judith Miller*

**CERTIFICATE OF SERVICE**

       I, N. Nathan Dimock, hereby certify that a true and correct copy of the foregoing "Notice of *Ex Parte* Submission" was this 8th day of February, 2007, filed with the Court and served by facsimile and by first-class mail, postage prepaid to the following:

>William H. Jeffress, Jr.
>Alex Joseph Bourelly
>Alexandra M. Walsh
>BAKER BOTTS, LLP
>The Warner Building
>1299 Pennsylvania Avenue, N.W.
>Washington, DC 20004
>Facsimile: 202-585-1087
>
>Theodore V. Wells, Jr.
>PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
>1285 Avenue of the Americas
>New York, NY 10019-6064
>Facsimile: 212-373-2217
>
>*Counsel for Defendant*
>
>
>Honorable Patrick J. Fitzgerald
>   *Special Counsel*
>OFFICE OF SPECIAL COUNSEL
>Bond Federal Building
>1400 New York Avenue, N.W., Ninth Floor
>Washington, DC 20005
>Facsimile: 202 514-3003
>
>*Counsel for the United States*
>
>
>_____/s/_____
>N. Nathan Dimock
>SKADDEN, ARPS, SLATE, MEAGHER &
>    FLOM, LLP
>1440 New York Avenue, N.W.
>Washington, D.C. 20005
>(202) 371-7000